IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:13-CV-642-MOC-DSC

| | |
|---|---|
| JACK LEACH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CAST MANAGEMENT CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

The Court has been advised by counsel for the parties in this case that the parties have agreed to binding arbitration for the purpose of resolving all claims that were raised or that could have been raised in this action. The parties have further agreed that binding arbitration is to be conducted in California pursuant to the rules of Judicial Arbitration and Mediation Services, Inc. Accordingly, by and with the attached consent of the counsel for the parties,

**IT IS HEREBY ORDERED** that this action is stayed pending binding arbitration between the parties as set forth above, with the provision that the parties will endeavor to complete arbitration within six (6) months of the date of this Order and will report back to the Court if more time is required. The parties will notify the Court of any settlement of this matter or of the results of the arbitration so that the Court may take whatever further action may be appropriate at that time, to include judicial confirmation of the award and/or the dismissal of this action.

**SO ORDERED.**          Signed: February 5, 2014

_____
David S. Cayer
United States Magistrate Judge

**CONSENTED TO:**

| | |
|---|---|
| s/ Marc E. Gustafson | s/ Stacy K. Wood |
| Marc E. Gustafson | Stacy K. Wood |
| N.C. State Bar No. 34429 | N.C. State Bar No.: 21768 |
| mgustafson@essexrichards.com | stacywood@parkerpoe.com |
| s/ N. Renee Hughes | s/ Shalanna L. Pirtle |
| N. Renee Hughes | Shalanna L. Pirtle |
| N.C. State Bar No.: 28587 | N.C. State Bar No.: 36996 |
| rhughes@essexrichards.com | shalannapirtle@parkerpoe.com |
| | |
| **ESSEX RICHARDS, PA** | **PARKER POE ADAMS & BERNSTEIN LLP** |
| 1701 South Boulevard | Three Wells Fargo Center |
| Charlotte, North Carolina 28203 | 401 South Tryon Street, Suite 3000 |
| Telephone: (704) 377-4300 | Charlotte, North Carolina 28202 |
| Facsimile: (704) 372-1357 | Telephone: (704) 335-9844 |
| | Facsimile: (704) 335-9698 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |